UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANCISCO DIAZ GONZALEZ (A201 574 115), ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BRISON SWEARINGEN Sheriff, Clay County Jail, ) <br> RUSSELL HOTT Field Office Director, Chicago Field Office, Immigration & Customs Enforcement, ) <br> PAMELA BONDI Attorney General of the United States, ) <br> ) <br> Respondents. ) | No. 1:25-cv-02141-RLY-TAB |

**Order Directing Clerk to Issue Amended Final Judgment**

The court granted Petitioner's petition for a writ of habeas corpus on November 18, 2025, and issued final judgment that same day. Dkts. 14, 15. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel